**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**<br><br>         Plaintiffs,<br><br>    v.<br><br>**MICHAELS ARTS AND CRAFTS #3207; AND DOES 1 THROUGH 10, Inclusive,**<br><br>         Defendants. | Case No.: 07cv0503 L (CAB)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

   On June 22, 2007 the parties filed a Joint Motion and Motion to Dismiss all Defendants with Prejudice from Plaintiffs' Complaint and Plaintiffs' Complaint in Its Entirety.  Pursuant to Federal Rule of Civil Procedure 41(a), the complaint this action is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: June 26, 2007                    _____
                                        HONORABLE M. JAMES LORENZ
                                        UNITED STATES DISTRICT COURT JUDGE